UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Shaun Randle,<br><br>　　　Plaintiff,<br><br>v.<br><br>LVNV Funding, LLC; TransUnion, LLC; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>　　　Defendants. | Case No. 1:25-cv-02544-SDG-WEJ |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LVNV FUNDING, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant LVNV Funding, LLC hereby jointly stipulate that LVNV Funding, LLC may be dismissed without prejudice, with each of the parties to bear their own fees and costs. Plaintiff's claims against the remaining Defendants remain pending.

Dated:　　June 16, 2025

| | |
|---|---|
| */s/ Esther Oise*<br>Esther Oise, Esq. (GA Bar #686342)<br>Oise Law Group PC<br>2635 Governors Walk Blvd.<br>Snellville, GA 30078<br>Email: oiselaw@gmail.com<br>Telephone: (770) 895-3736<br>Attorney for Plaintiff | */s/ R. Frank Springfield*<br>R. Frank Springfield<br>Georgia Bar No. 316045<br>fspringfield@burr.com<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Telephone: (205) 251-3000<br>Attorney for Defendant |

2

LVNV FUNDING LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*