UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Shaun Randle, <br><br> Plaintiff, <br><br> v. <br><br> LVNV Funding, LLC; TransUnion, LLC; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, <br><br> Defendants. | Case No. 1:25-cv-02544-SDG-WEJ |

## NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Experian Information Solutions, Inc. and Equifax Information Services, LLC remain pending.

Respectfully submitted July 16, 2025

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*