UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Shaun Randle,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV Funding, LLC; TransUnion, LLC; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>    Defendants. | Case No. 1:25-cv-02544-SDG-WEJ |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. remain pending.

Respectfully submitted August 14, 2025

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.

                                        Snellville, GA 30078
                                        Email: oiselaw@gmail.com
                                        Telephone: (770) 895-3736
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                                          */s/ Esther Oise*